Charles Hamann, appellant, v. William M. Anderson et al., defendants. Chicago Title and Trust Company and Charles J. Holland, appellees. Gen. No. 38,281.

630

Opinion filed November 12, 1935.
Rathje & Connor, for appellant; Oliver B. Opsahl, of counsel. Campbell, Clithero & Fischer, for appellees; Raymond P. Fischer, of counsel.
Mr. Justice Matchett delivered the opinion of the court.